UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:09-M-1264-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Asmund A. Browne** | ) | |

On September 15, 2009, Asmund A. Browne appeared before the Honorable James E. Gates, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Driving While Impaired - Level 5 in violation of 18 U.S.C. § 13 assimilating N.C.G.S. 20-138.1, was sentenced to a 12-month term of probation. On August 16, 2010, the court ordered that the term of probation be extended until March 14, 2011.

From evidence presented at the revocation hearing on February 9, 2011, the court finds as a fact that Asmund A. Browne, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to refrain from use of alcohol.
2. Failure to follow the instructions of the probation officer.
3. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 30 days.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 9th day of February, 2011.

_____
William A. Webb
U.S. Magistrate Judge